IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KIM C. DANIEL,<br>                *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>                *Defendant* | CIVIL NO. 6:07cv00020<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

On November 20, 2007, I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment and on July 22, 2008, the Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Urbanski recommended that the case be remanded to the Commissioner for further proceedings. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the July 22, 2008, Report shall be, and it hereby is, ADOPTED in its entirety;

2. Plaintiff's motion for summary judgment [Docket #11] is hereby GRANTED to the extent that it requests a remand for new proceedings, but DENIED to the extent that it asks for the award of benefits;

3. Defendant's motion for summary judgment [Docket #16] is hereby DENIED;

4. the case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction given in the Report; and

5. the Clerk of the Court is hereby ORDERED to strike this case from the Court's docket.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Urbanski.

It is so ORDERED.

ENTER: This __7th__ day of August, 2008.

                                              NORMAN K. MOON
                                              UNITED STATES DISTRICT JUDGE